Thank you, Your Honor. This patent, 625, is a patent that deals with the problem of stale data. The inventors realized that in some applications, video is a good example, if there is a delay in the delivery of the data and the viewer, in the case of video, has moved on, it's not desirable or necessary to continue to struggle to transmit the missing data and therefore there should be a way to communicate the desire both at the transmitter and the receiver to discard that stale data. I think there are two problems with the argument. Let me see if I can identify them. One is it seems to me that the claim doesn't require that all sequences be discarded just because they're out of order. The specification talks about significantly outdated packets. So that's problem one. Problem two, it seems to me you're arguing that this has to continually do this. In other words, that it isn't sufficient if data is discarded that precedes the sequence number of one packet. But the claim itself says at least one packet. So if it's doing it with respect to preceding numbers with respect to one packet, why isn't that sufficient to discard it with respect to other packets? Well, it's not a command to release an expectation of receiving outstanding packets having sequence numbers prior to the at least one packet. I'm sorry. Let's take an example. In HEDICH, the allegedly invalidating reference, if the receiver receives delay PDU5, skips over 6, and then receives packet 7, the receiver still expects to receive packet 6. That demonstrates that it has not received a command to release expectation of receiving all packets prior to 7. That doesn't meet the requirement of the claim. What about all packets prior to 5? It may release expectation of packets prior to 5, but not 7. It still expects to receive packet 6. So why does the claim require that? Why isn't it sufficient that they're releasing things before packet 5, before number 5? Because it means that the transmitter will continue to expect to receive packet 6. So admittedly, the delay PDU of HEDICH may result in a release of expectation to receive anything prior to packet 5, but it won't release the expectation of receiving packet 6. Even though it did receive packet 7, which is the out-of-order packet. Why does the claim say it has to do that? I'm sorry, Your Honor? How does the claim say it has to do that with respect to packets? Well, because it requires the receiver to release any expectation of receiving outstanding packets having sequence numbers prior to the at-least-one packet. In that example, the at-least-one packet is packet 7. But it does it with respect to 5. It does it with respect to 5, but not with respect to 7. So that there may be packets, in my example, packet 6, transmitted and not received after the delay PDU packet of HEDICH. Well, it seems to me that under your theory, the claim should have said prior to any packet. Well, I don't really follow that, Your Honor. It seems to me that prior to the at-least-one packet identifies, in the example that I gave, the most recently received packet, packet 7. And the purpose and performance of the invention is to release the expectation of receipt of all prior packets. Whereas in HEDICH, there would be only a release of the packets prior to 5. I understand what you're saying. Okay. And likewise, HEDICH does not anticipate because, as in the same example I just gave, the transmitter does not discard packets for which acknowledgement has not been received and which have sequence numbers prior to the at-least-one packet. For those reasons, Your Honor, we believe that the Board was in error in finding that HEDICH anticipates because it lacks those two elements. Okay. Anything further? Thank you, Mr. Cawley. Mr. Massa? Thank you, Your Honor. There was sufficient evidence for the Board to conclude that HEDICH anticipates. The example just given by Y-5-1, even if correct, and it's not, is irrelevant. All the claims that are challenged are method claims. And method claims are infringed or invalidated if that method is performed. It doesn't have to be performed every single time, which goes to Your Honor's point. Y-5-1's example was the delay PDU is received with a number 5. It skips 6 and then 7 is received. Even if Y-5-1 were correct in what it described, that only is one way of performing the method. Y-5-1 didn't address the situation in what if the next packet were packet number 6? And if the next packet were packet number 6, then even under Y-5-1's interpretation, they would agree, because they didn't address this as an example in their presentation, they would agree that all of the packets preceding were commanded to be released. So the example that we put in our brief goes logically through the situation in which the delay PDU arrives, the window is then shifted so that new packets can be received. And when that next packet in order is received, all of the prior packets, the expectations of ever receiving those has been released. And HEDIC says that's in the record at 832. It says that the receiver shifts the window and issues a corresponding acknowledgment. It says if the receiver receives a delay PDU, it stops waiting for cells where the following applies for the number N less than or equal to RN. RN was the requested packet. If the requested packet has been discarded, the delay PDU message is sent, that is a command to release expectations of ever receiving anything prior to that delay PDU packet. So for the N less than or equal to RN, all of those in Wi-Fi 1's example, all the packets, 1, 2, 3, 4, and 5, any of them prior to that, the command to receive has been released expectations of ever receiving those. So regardless of whether the next packet is 6 or the next packet is 7, Wi-Fi 1 doesn't even contest that when the next packet is N plus 1, this claim is met. And because it's a method claim, it's anticipated by HEDIC. Even if the next one received was 7, in Wi-Fi 1's example, the claim would have to be amended in order to require what they're saying. Instead of saying receiving at least one packet having a sequence number that is not consecutive, it would have to say all sequence numbers or, as Your Honor said, any sequence number. And the claim simply doesn't require that. The way this was addressed in the briefs, if I recall, was with focus on the problem and this relates to the 567, but it was put, I think, in N plus 1 and N plus 2, that if N plus 2 arrives before N plus 1, that HEDIC would not discard N plus 1, the patent would. Is that your understanding of the way the argument is set forth with respect to arguably what the difference is between the two? That is the way in which the argument is set forth. That is Wi-Fi 1's example of 7 is received. What happens with number 6? They never address what happens time and time again, but what if 6 is received? But taking that, I'm wondering why still N plus 1 is not at least one packet having a sequence number that is not consecutive. I mean, N plus 1 and N plus 2 both fit that. That's correct. So do you not need to go to the argument that this infringes some of the time or at least it operates in two different places? We certainly do not need that. That argument is not necessary. That argument rebuts Wi-Fi 1. Their point of view is if 7 is received and if 6 is never received. But the fact is that in operation, 6 is received and it's the next logical packet. But I agree, when the window is shifted, there then becomes a group of packets whose sequence number is not consecutive with the previously received packet. You're not stuck with N plus 1 as being your at least one packet, right? Correct. The at least one packet is whatever is in the window, N, N plus 1, N plus 2, etc. So even if it's 5, right? I think it couldn't be 5. Let's say you have a window that has a span of 5 slots and the delay PDU number 5 is received. It then shifts the window to receive slots 6 through 10. Why isn't it sufficient that when you receive 5 that it discards the sequence numbers before 5? It's necessary, but maybe not sufficient because then what needs to happen is the non-consecutive sequence numbers need to be received. And that could be the sequence number 6, but it could also be 7, 8, 9, or 10. Anything in that window. Why couldn't it be 4? Pardon me? Why couldn't it be 4? You receive 5 and then you receive 4 later. If you receive 4, then the system will not accept it because it's no longer in the reception window. Let's say the window has a finite number of slots. When the commands are received, the delay PDU is received, it then shifts the window. Previously, a window that would allow 1 through 5 to be received now excludes 1 through 5 and any other number that doesn't fall in 6 through 10. But all of those numbers, the 6 through 10, the N, the N plus 1, the N plus 2, those can all be received. Those are all out of receivables. But before the window is shifted, if the window is 1 to 5 and the numbers before 5 are discarded, that would be infringing. When the window is 1 through 5, you get 5 and then you get 4. Right. If you receive 5 and you receive 4, that's fine. If you receive a delay PDU with the number 5, what it says is the receiver stops waiting for cells with numbers 5 and less. So if 4 came after a delay PDU, it would not be received. But HEDIC says you send the delay PDU with the highest number of the discarded cells and all cells prior to that were either received properly prior to that or were discarded. So if 4 arrives after the delay PDU, it would not be received. Is it that it would not be received or that it's been abandoned? That the delay PDU has said it's been discarded. So the second element of the claim is the transmitter discarding all packets for which an acknowledgement has not been received and which have a sequence number prior. If it discards them, can it be said that it was received? How can you discard something you haven't received? Right. So the transmitter, when the transmitter sends the delay PDU with the number 5, it's saying that the receiver has either positively acknowledged receipt of those packets prior to 5 or for those for which positive acknowledgement has not been received, the transmitter has discarded those packets. So once the delay PDU of 5 comes and the window shifts, packet number 4 is not ever going to be transmitted because the second element of the claim says a transmitter discarding all packets for which an acknowledgement has not been received and which have the sequence numbers prior to the at least one packet. So everything with a sequence number prior to the current window. So everything prior to 5, 5 amp prior, would no longer be received because they're no longer being transmitted. Anything further? Thank you, Your Honor. Thank you. Mr. Braun? Just one point, Your Honor, and that is Broadcom's argument that, well, sometimes we do something or sometimes HEDICH performs the claim and sometimes it does not. The problem with that is that the claim uses the term commanding. It's not a situation where it sometimes can be implemented, sometimes not. And the fact that Broadcom admits that HEDICH sometimes does not means that there's not a command, unlike what's disclosed in the patent where packet 7, for example, contains the bit commanding to release expectation of receipt. Thank you, Your Honor. Okay. Thank you, Mr. Cawley. Thank both counsels. The three cases are submitted.